**COMPLAINT/REMOVAL DISMISSAL**
United States District Court
Southern District of New York

Mag. Judge Dkt. No. 18-MJ-3028                           Date 6-29-20

USAO No. 2018R00516

The Government respectfully requests the Court to dismiss without prejudice the ____ Complaint ✓ Removal Proceedings in

United States v. Jefferey Batista, Pedro De La Cruz, Yousef Michi

~~The Complaint~~/Rule 40 Affidavit was filed on April 10, 2018

✓ U.S. Marshals please withdraw warrant.

ASSISTANT UNITED STATES ATTORNEY
Karin Portlock
(Print name)

**SO ORDERED:**

Katharine H Parker

6/30/2020

UNITED STATES MAGISTRATE JUDGE                          DATE

Distribution:   White → Court       Yellow → U.S. Marshals       Green → Pretrial Services       Pink → AUSA Copy